UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:11CR118

LINDA BALDUCCI
and CONNIE LEWIS

## ORDER

This cause having come before the Court on the Government's Motion to Disclose Tax Return Information to Defendant Linda Balducci, and the Court, being fully advised in the premises and being advised that Defendant Connie Lewis has no objection, finds that said Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED that the Government disclose defendant Connie Lewis' tax returns to co-defendant, Linda Balducci for the limited purpose of preparing her defense in this criminal case.

ORDERED, this the 3rd day of May, 2013.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE